UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                }

JAMES WAYNE STUCKY                    }    CHAPTER 13

REBECCA LEE STUCKY

DEBTOR(S)                             }    CASE 11-57153-PMB

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $948.99 on behalf James Wayne & Rebecca Lee Stucky. These funds are being remitted to the Registry because the debtor(s) has not claimed the funds.

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

CERTIFICATE OF SERVICE

This is to certify that I have this _31st_ day of _August_, 2016 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

The Semrad Law Firm, LLC
Sterling Point II
Suite 201
303 Perimeter Center North
Atlanta, Ga.   30346

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887